**Order entered March 5, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00422-CR

**AUSTIN MICHAEL BRUMLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81289-2011**

## ORDER

The Court **REINSTATES** the appeal.

On January 23, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On February 28, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the January 23, 2013 order requiring findings.

We **GRANT** the February 28, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.


       /s/     CAROLYN WRIGHT
               CHIEF JUSTICE